AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

**FILED**

7:15 pm Mar 13 2026
**Clerk U.S. District Court**
**Northern District of Ohio**
**Cleveland**

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No.     1:26 MJ 4077 |
| | ) |
| | ) |
| Wyatt James Brzoska | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ March 13, 2026, _____ in the county of _____ Medina _____ in the
_____ Northern _____ District of _____ Ohio _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 875(c) and 922(g)(3) | Interstate Communications, Unlawful Drug User in Possession of a Firearm |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.



_____
*Complainant's signature*

Lane DeBellis, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable
electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: _____ 03-13-2026 _____

_____
*Judge's signature*

City and state:        Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*