AO 442 (Rev. 11/11) Arrest Warrant

FILED

MAR 1 7 2026

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO CLEVELAND

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:26 MJ 4077 |
| | ) | |
| | ) | |
| Wyatt James Brzoska | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Wyatt James Brzoska ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 875(c) (Interstate Communications), 922(g)(3) (Unlawful Drug User in Possession of a Firearm)

Date: 03-13-2026

Issuing officer's signature

City and state: Cleveland, Ohio

Jonathan D. Greenberg, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|

This warrant was received on *(date)* 3|13|2026 , and the person was arrested on *(date)* 3|14|2026
at *(city and state)* Medina, Ohio .

Date: 3|16|2026

Arresting officer's signature

Special Agent Lane DeBellis
*Printed name and title*